KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 06-0508 MHP |
|                Plaintiff,   ) | |
|       v.   ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| GABRIEL AVINA-MENDOZA,   ) | |
|                Defendant.   ) | |

TO:     The Honorable Joseph C. Spero, United States Magistrate Judge of the United States

        District Court for the Northern District of California:

        The petition of Nahla Rajan, Special Assistant United States Attorney for the Northern

WRIT AD PROSEQUENDUM             1
CR 06-0508 MHP

1  District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad
2  Prosequendum for the person of prisoner GABRIEL AVINA-MENDOZA, whose place of
3  custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers
4  that the prisoner is required to appear in the above-entitled matter in this Court, and therefore
5  petitioner prays that this Court issue the Writ as presented.

DATED: _____                    Respectfully Submitted,
                                        KEVIN V. RYAN
                                        United States Attorney


                                        _____/S/_____
                                        NAHLA RAJAN
                                        Special Assistant United States Attorney


**IT IS SO ORDERED.**

DATED: __August 7, 2006

                                        _____
                                        HONORABLE JOSEPH C. SPERO
                                        United States Magistrate Judge

WRIT AD PROSEQUENDUM          2
CR 06-0508 MHP

### **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:   FEDERICO L. ROCHA, United States Marshal, Northern District of California, any of his authorized deputies, and any Jailor, Warden, or Sheriff of the Napa County Jail, Napa, California.

### **GREETINGS**

WE COMMAND that on August 29, 2006, at 9:30 a.m, you have and produce the body of GABRIEL AVINA-MENDOZA, PID# 199900765, in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Joseph C. Spero, 15th Floor, 450 Golden Gate Avenue, San Francisco, California  94102, so GABRIEL AVINA-MENDOZA may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of GABRIEL AVINA-MENDOZA, and further to produce GABRIEL AVINA-MENDOZA at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable Joseph C. Spero, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: August 7, 2006

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_/s/ Karen L. Hom_____
Karen L. Hom, DEPUTY CLERK

WRIT AD PROSEQUENDUM                3
CR 06-0508 MHP